UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher W. Eckler

    v.                         Civil No. 10-cv-375-SM

Mortgage Electronic
Registration Systems, Inc.

**O R D E R**

Before the court is plaintiff's request for a preliminary injunction (Document No. 2).  After a telephonic hearing on plaintiff's request for a temporary restraining order, the court (McAuliffe, J.) denied plaintiff's request (Document No. 5).  Plaintiff's request for emergency injunctive relief appears to have been an effort to halt a foreclosure, the date for which has now passed.

As such, plaintiff shall show cause in a memorandum filed on or before September 20, 2010, why his request for a preliminary injunction is not moot in light of Document No. 5.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: September 10, 2010
cc:  Christopher W. Eckler, pro se