UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher W. Eckler

  v.         Civil No. 10-cv-375-SM

Mortgage Electronic
Registration Systems, Inc.


REPORT AND RECOMMENDATION

  Plaintiff has not responded to the court's order (Doc. No. 6) requiring him to show cause why his request for a preliminary injunction is not moot in light of Doc. No. 5.  Therefore, I recommend denial of plaintiff's request for a preliminary injunction (Doc. No. 2) as moot in light of Doc. No. 5.  Any objections to this report and recommendation must be filed within fourteen (14) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Unauth. Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

  SO ORDERED.

              _____
              Landya B. McCafferty
              United States Magistrate Judge

Dated:  September 21, 2010

cc:  Christopher W. Eckler, pro se