UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Christopher W. Eckler,
    Plaintiff

    v.                                    Case No. 10-cv-375-SM

Mortgage Electronic Registration
Systems, Inc.,
    Defendant

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 21, 2010, no objection having been filed, for the reasons set forth therein. Plaintiff's Motion for Preliminary Injunction (document no. 2) is hereby denied.

    SO ORDERED.

October 12, 2010

                                                    Steven J. McAuliffe
                                                    Chief Judge

cc:     Christopher W. Eckler, pro se