```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

Christopher W. Eckler,
    Plaintiff

       v.

                            Case No. 10-cv-375-SM

Mortgage Electronic Registration Systems, Inc.,
    Defendant

## O R D E R

The plaintiff having failed to comply with the Order of Magistrate Judge McCafferty dated December 9, 2010, the complaint is hereby dismissed without prejudice.

    SO ORDERED.

January 4, 2011
                                      _____
                                      Steven J. McAuliffe,
                                      Chief Judge

cc: Christopher Eckert, Pro Se